| | |
|---|---|
| CARMEN SWASO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ONSLOW COUNTY BOARD | ) |
| OF EDUCATION, PAMELA THOMAS, | ) |
| FRED HOLT, MARGARET BROWN, | ) |
| BROCK RIDGE, JEFFREY L. BROWN, | ) |
| LINA PADGETT-PARKER, RONNIE | ) |
| ROSS, MARY ANN SHARPE, | ) |
| EARL TAYLOR and PAUL WIGGINS, | ) |
| in their individual and official capacities, | ) |
| Dr. KATHY SPENCER, Superintendent | ) |
| Onslow County Schools, and Dr. DONNA | ) |
| LYNCH, in her individual and official | ) |
| capacity, | ) |
| | ) |
| Defendants. | ) |

## JOINT MOTION FOR EXTENSION OF TIME FOR THE PARTIES TO FILE WRITTEN OBJECTIONS TO THE MEMORANDUM AND RECOMMENDATION

Plaintiff, by and through her undersigned counsel, and Defendants, by and through their undersigned counsel, jointly move the Court to extend the time to file written objections to the Memorandum and Recommendation deadline by one week, up to and including December 5, 2014. In support of this joint motion, the parties show the Court the following:

1. This is an action involving alleged employment discrimination based on race and intentional infliction of emotional distress. On November 14, 2014, the

Magistrate Judge entered its Memorandum and Recommendation in this matter. Pursuant to the Order, the parties have fourteen (14) days from the date of receipt to file its written objections, making the objections due November 28, 2014.

    2.    Since the Memorandum and Recommendation was entered, Counsel for Plaintiff has been involved in several depositions, and other intervening matters. Because of the upcoming Thanksgiving holiday, the parties respectfully request an extension of time to file written objections, up to and including December 5, 2014.

This 26th day of November, 2014.

> */s/Geraldine Sumter*
> N.C. Bar No: 11107
> Tiffany Mack
> N.C. Bar No: 43026
> FERGUSON CHAMBERS & SUMTER, P.A.
> 309 East Morehead Street, Suite 110
> Charlotte, North Carolina 28202
> Telephone: 704-375-8461
> Facsimile: 980-938-4867
> E-mail: gsumter@fergusonsumter.com
>
> Attorney for Plaintiff
>
> */s/Scott C. Hart*
> N. C. Bar No. 19060
> E-mail: shart@nclawyers.com
> *s/Anakah D. Harrison*
> E-mail: adharrison@nclawyers.com
> N. C. Bar No. 35329
> Sumrell, Sugg, Carmichael, Hicks & Hart, P.A.
> Post Office Drawer 889
> New Bern, NC 28563
> Telephone: (252) 633-3131 - Telephone
> Facsimile: (980) 633-3507
>
> Attorneys for Defendants the Onslow County
> Board of Education, Thomas, Spencer and Lynch