UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| CARMEN SWASO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>ONSLOW COUNTY BOARD OF )<br>EDUCATION; PAMELA THOMAS, )<br>individually and in her official capacity; )<br>FRED HOLT, individually and in her )<br>official capacity; MARGARET BROWN, )<br>individually and in her official capacity; )<br>BROCK RIDGE, individually and in her )<br>official capacity; JEFFREY L. BROWN, )<br>individually and in her official capacity; )<br>LINA PADGETT-PARKER, individually )<br>and in her official capacity; RONNIE )<br>ROSS, individually and in her official )<br>capacity; MARY ANN SHARPE, )<br>individually and in her official capacity; )<br>EARL TAYLOR, individually and in her )<br>official capacity; PAUL WIGGINS, )<br>individually and in her official capacity; )<br>DR. DONNA LYNCH, individually and )<br>in her official capacity; and DR. KATHY )<br>SPENCER, individually and in her official )<br>capacity, )<br>)<br>Defendants. ) | **JUDGMENT**<br><br>No. 7:13-CV-224-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motion to dismiss for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and the memorandum and recommendation of the United States Magistrate Judge, to which the parties timely filed objections, and to which defendants' objections were responded to by plaintiff.

.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 13, 2015, and for the reasons set forth more specifically therein, that defendants' motion to dismiss is granted.

**This Judgment Filed and Entered on January 15, 2015, and Copies To:**

Geraldine Sumter (via CM/ECF Notice of Electronic Filing)
Scott C. Hart (via CM.ECF Notice of Electronic Filing)
Anakah Dawn Harrison (via CM.ECF Notice of Electronic Filing)

January 15, 2015                                 JULIE A. RICHARDS, CLERK
                                                  /s/ Christa N. Baker
                                                 (By) Christa N. Baker, Deputy Clerk