UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CARMEN SWASO, | ) | |
| | ) | |
| Plaintiff, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | No. 7:13-CV-224-FL |
| | ) | |
| ONSLOW COUNTY BOARD OF EDUCATION; PAMELA THOMAS, in her individual and official capacity; DR. KATHY SPENCER, Superintendent Onslow County Schools, in her individual and official capacity; and DR. DONNA LYNCH, in her individual and official capacity, | ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motion to dismiss plaintiff's second amended complaint for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 25, 2016, and for the reasons set forth more specifically therein, that defendants' motion to dismiss is granted.

**This Judgment Filed and Entered on October 25, 2016, and Copies To:**

Geraldine Sumter (via CM/ECF Notice of Electronic Filing)
Scott C. Hart (via CM.ECF Notice of Electronic Filing)
Anakah Dawn Harrison (via CM.ECF Notice of Electronic Filing)

October 25, 2016                                JULIE RICHARDS JOHNSTON, CLERK
                                                  /s/ Christa N. Baker
                                                (By) Christa N. Baker, Deputy Clerk