IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:13-CV-224-FL

| | | |
|---|---|---|
| CARMEN SWASO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| ONSLOW COUNTY BOARD OF | ) | ORDER |
| EDUCATION; PAMELA THOMAS, in her | ) | |
| individual and official capacity; DR. | ) | |
| KATHY SPENCER, Superintendent | ) | |
| Onslow County Schools, in her individual | ) | |
| and official capacity, and DR. DONNA | ) | |
| LYNCH, in her individual and official | ) | |
| capacity, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on plaintiff's motion for clarification of the court's October 25, 2016, order (DE 55), and upon plaintiff's notice of intention to stand on the pleadings. (DE 56). Upon plaintiff's notice, the motion for clarification is DENIED AS MOOT. Plaintiff has noticed her intention to stand on the pleadings and waives the right to further amend the complaint. In light of plaintiff's notice, no further amendment will cure the defects in the plaintiff's case, and the complaint must be dismissed with prejudice. See Goode v. Cent. Virginia Legal Aid Soc'y, Inc., 807 F.3d 619, 623, 629 (4th Cir. 2015) (citing Chao v. Rivendell Woods, Inc., 415 F.3d 342, 345 (4th Cir. 2005)). The court DIRECTS the clerk to enter amended judgment, in accordance herewith, and in accordance with the court's October 25, 2016, order, stating that defendants' motion to dismiss

is granted and plaintiff's complaint is DISMISSED WITH PREJUDICE.

SO ORDERED, this the 31st day of January, 2017.

LOUISE W. FLANAGAN
United States District Judge