UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CARMEN SWASO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ONSLOW COUNTY BOARD OF EDUCATION; PAMELA THOMAS, in her individual and official capacity; DR. KATHY SPENCER, Superintendent Onslow County Schools, in her individual and official capacity; and DR. DONNA LYNCH, in her individual and official capacity, | ) ) ) ) ) ) ) ) ) | AMENDED JUDGMENT Case No. 7:14-cv-224-FL |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered October 25, 2016 and January 31, 2017, and for the reasons set forth more specifically therein, that defendants' motion to dismiss is granted and plaintiff's complaint is dismissed with prejudice.

**This Judgment Filed and Entered on January 31, 2017, and Copies To:**

Geraldine Sumter (via CM/ECF Notice of Electronic Filing)
Scott C. Hart (via CM.ECF Notice of Electronic Filing)
Anakah Dawn Harrison (via CM.ECF Notice of Electronic Filing)

January 31, 2017             JULIE RICHARDS JOHNSTON, CLERK
                              /s/ Christa N. Baker
                             (By) Christa N. Baker, Deputy Clerk